

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00065-CV

**IN RE** Eugene Walter **HAYENGA**
and Cuatro T. Construction, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: February 13, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed an unopposed motion to dismiss their petition for writ of mandamus and motion for emergency stay because the parties reached a settlement in this matter. We grant the motion to dismiss and dismiss the petition for writ of mandamus. The motion for emergency relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 32595, styled *Sarena A. Bautista v. Eugene Walter Hayenga and Cuatro T. Construction, Inc.*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Enrique Fernandez presiding.